UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGLOGOLD ASHANTI (IDUAPRIEM) LIMITED, a Ghanian company, | ) ) ) | CIV.  08-4075-KES |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT OF DISMISSAL |
| OTR TIRES, INC., a South Dakota corporation, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the Verified Statement and Confession of Judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of $116,000 is entered in favor of plaintiff, AngloGold Ashanti (Iduapriem) Limited, and against defendant, OTR Tires, Inc., together with prejudgment interest calculated at the rate of 10 percent per annum from the date of filing of the amended complaint through the date of the execution of the Confession of Judgment.

Dated May 26, 2010.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE